BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEGAN VALENTICH AND PENNY VALENTICH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.  2:14-cv-01902-MCE-CMK<br><br>**STIPULATION AND ORDER REGARDING SCHEDULING ORDER** |

  This is a relatively straight-forward case involving an accident between a dirt bike and a vehicle operated by federal employees on a Forest Service Road near Susanville, California, and is brought under the Federal Tort Claims Act.  (*See* Compl., Dkt. No. 1, at ¶ 10).  Plaintiffs filed their Complaint August 12, 2014, and the parties exchanged written discovery.  The United States also took the deposition of Plaintiff Keegan Valentich on April 10, 2015.  Although Plaintiffs planned to depose federal employees Shannon Williams and Stan Gray, as well as a California Highway Patrol Officer, in Summer 2015, the depositions were never set due to scheduling complications.  The discovery period ended in October 2015, without the three depositions ever occurring.  Out of fairness to Plaintiffs and in the hope of resolving this matter more efficiently, the parties hereby stipulate, and propose, to permit these three depositions to occur outside of the discovery period, and on February 23, 2016, or the next available and mutually agreeable date.

**STIPULATION** RE SCHEDULING ORDER   1

Because the Court's deadline for hearing summary judgment motions is April 21, 2016, however, the normal 8-week, cross-motion, summary judgment briefing schedule would necessitate the filing of a summary judgment motion on February 25, 2016—two days after the depositions are currently scheduled to occur.  (*See* Scheduling Order, Dkt. No. 8 at ¶ VII).  Counsel for the United States cannot accommodate Plaintiffs' request for these depositions without an alteration to that briefing schedule.  The parties thus further stipulate to alter the schedule such that any motion be filed by March 24, 2016, any opposition be filed by April 7, 2016, and any reply brief be filed by April 14, 2016.  The parties do not request any change to the current hearing date of April 21, 2016.

Finally, the Court's Scheduling Order inadvertently states that this will be a jury trial.  (*See* Dkt. No. 8 at ¶ X).  As noted in the Joint Status Report (Dkt. No. 6 at 3:23-25), federal law requires a trial to the Court, not a jury.  *See* 28 U.S.C. § 2402.  In addition, the parties now estimate that trial will be approximately three days, rather than the original five-day estimate.  Thus, the parties further stipulate and propose that the Court alter or amend the scheduling order to state "Trial will be to the Court, and not to a jury.  The parties estimate a trial length of three (3) days."

Respectfully Submitted,

DATED:  January 14, 2016                                       BENJAMIN B. WAGNER
                                                                United States Attorney

                                                       By:    */s/ Gregory T. Broderick*
                                                                GREGORY T. BRODERICK
                                                                Assistant United States Attorney


DATED:  January 14, 2016                By:    */s/ Joseph Polockow (authorized 01/14/2016)*
                                                                JOSEPH J. POLOCKOW JR.
                                                                Attorney for Plaintiffs

**ORDER**

The foregoing stipulation is APPROVED and GRANTED as outlined above.

IT IS SO ORDERED.

**Dated:  February 10, 2016**

**STIPULATION RE SCHEDULING ORDER**            MORRISON C. ENGLAND, JR., CHIEF JUDGE            2
                                                                UNITED STATES DISTRICT COURT