BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| KEEGAN VALENTICH AND PENNY VALENTICH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.  2:14-cv-01902-MCE-CMK<br><br>**STIPULATION AND ORDER REGARDING SUMMARY JUDGMENT BRIEFING** |
|---|---|

On February 10, 2016, this Court granted a stipulation and proposed order adjusting the summary judgment briefing schedule in light of the United States' agreement to permit depositions of its employees outside of the discovery period.  (*See* Dkt. No. 12).  The depositions were set to occur February 23, 2016, but were continued to March 18, 2016, due to illness.  Due to this continuance, the summary judgment motion is now only six days after these depositions.  Therefore, the parties hereby stipulate and propose to continue the summary briefing schedule and hearing date by one week, as follows:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Last day to file Motion for Summary Judgment | March 24, 2016 | March 31, 2016 |
| Last day to file any Opposition | April 7, 2016 | April 14, 2016 |
| Last day to file any Reply | April 14, 2016 | April 21, 2016 |
| Hearing | April 21, 2016 at 2 p.m. | April 28, 2016, at 2 p.m. |

Granting this brief continuance will permit the parties to complete these late depositions, will advance an orderly resolution of this case, and will permit the parties to provide the Court with the most useful pleadings and papers for deciding any such motion.  Therefore, the parties stipulate that there is good cause to grant this motion and continue the summary judgment briefing schedule by one week.

Respectfully Submitted,

DATED:  March 11, 2016  BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney


By:  */s/ Joseph Polockow (authorized 03/10/2016)*
JOSEPH J. POLOCKOW JR.
Attorney for Plaintiffs


## ORDER

Pursuant to the foregoing stipulation, and good cause appearing, the summary judgment briefing schedule and hearing date is continued by one week.

IT IS SO ORDERED.


Dated: March 15, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT