PHILLIP A. TALBERT
Acting United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEEGAN VALENTICH AND PENNY VALENTICH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.  2:14-cv-01902-MCE-CMK<br><br>**STIPULATION AND ORDER** OF VOLUNTARY DISMISSAL<br><br>[Fed. R. Civ. P. 41(a)] |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Keegan and Penny Valentich and Defendant the United States hereby stipulate to dismissal of this action with prejudice in its entirety, each party to bear its own costs, and request that the Court order enter judgment for the United States pursuant to that dismissal.  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for voluntary dismissal of an action by plaintiffs without a court order upon filing of a stipulation signed by all parties.[1]

Respectfully Submitted,

DATED:  September 29, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By:    */s/ Gregory T. Broderick*
       GREGORY T. BRODERICK
       Assistant United States Attorney

By:    */s/ Joseph Polockow* (*authorized 09/29/2016*)
       JOSEPH J. POLOCKOW JR.
       Attorney for Plaintiffs

---

[1] Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by all parties who have appeared."

**STIPULATION** AND ORDER OF VOLUNTARY DISMISSAL                                                       1

**ORDER**

Based on the parties' stipulation, and pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED THAT**:**

1. All dates in this matter are hereby vacated; and
2. This action is DISMISSED WITH PREJUDICE, each side to bear its own fees and costs.

IT IS SO ORDERED.

Dated:  October 4, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE